UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

III TERRANCE ALTON COX, *et al.*,

                        Plaintiff(s),

          -against-

NATIONAL ASSOCIATION FOR STOCK CAR RACING, INC., *et al.*,

                        Defendant(s).
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2016
```

16 Civ. 7268 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby ORDERED that the proceeding in this matter, previously scheduled for December 8, 2016 at 11:20 a.m., shall be adjourned to December 8, 2016 at 5:00 p.m., due to a scheduling conflict.  Any parties not located within the metropolitan area who wish to participate telephonically may do so by advising the Court, convening all parties on the line and calling into chambers at (212) 805-0288.

SO ORDERED.

Dated: November 28, 2016
       New York, New York

                                        LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE