UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

TERRANCE ALTON COX III and
DIVERSITY MOTORSPORTS RACING, LLC,

         Plaintiffs,   Index No. 16-cv-07268-LGS/

  -against-

NATIONAL ASSOCIATION FOR STOCK CAR RACING, INC.,
INTERNATIONAL SPEEDWAY CORPORATION,
RICHARD PETTY MOTORSPORTS, RICHARD CHILDRESS RACING,
TEAM PENSKE, HENDRICK MOTORSPORTS,     STIPULATION AND
ROUSH FENWAY RACING, CHIP GANASSI RACING,    PROPOSED ORDER
JOE GIBBS RACING, STEWART HASS RACING,
FURNITURE ROW RACING, FRONT ROW MOTORSPORTS,
JTG DAUGHERTY RACING, TOMMY BALDWIN RACING,
GERMAIN RACING, GO FAS RACING, BK RACING,
PREMIUM MOTORSPORTS, CIRCLE SPORT RACING, and
HSCOTT MOTORSPORTS,

         Defendants.

------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/16

   IT IS STIPULATED AND AGREEED, by and among the parties, through their respective counsel, subject to approval of the Court, that:

   1.  The above-captioned action, at the request of Counsel for Plaintiffs, shall be dismissed without prejudice and with the understanding and consent of Counsel for all Defendants that the Complaint herein, revised as required by this Stipulation, the laws of the State of North Carolina, and the Federal and Local Rules of the United States District Court for Western District of North Carolina ("USDC, WDNC") (the "Revised Complaint"), shall be refiled in the USDC, WDNC, within 60 days following the date of dismissal without prejudice (the "North Carolina Action");

2. The Defendant International Speedway Corporation ("ISC") shall not be a named Defendant in the Revised Complaint. ISC, through counsel, will accept service of discovery requests directed to it in the newly-filed North Carolina Action, and will respond to the requests on a timely basis, reserving its rights to object on grounds other than service;

3. All named Defendants in the North Carolina Action will waive service of process pursuant to Fed. R. Civ. P. 4(d) and will accept service by mail or email on their counsel, as named below; and

4. Counsel may sign and scan counterparts of this Stipulation and Proposed Order and each scanned counterpart shall be deemed an original but all scanned counterparts, taken together, shall be deemed one (1) Stipulation and Proposed Order.

LAW OFFICES OF RONALD I. PALTROWITZ

By: _____
Ronald I. Paltrowitz, Esq.
405 Lexington Avenue, 26th Floor
New York, New York 10174
(917) 822-2881

Attorneys for Plaintiffs Terrance Alton Cox III and Diversity Motorsports Racing Racing, LLC

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

By: _____ /w.A.V.
Katherine L. Pringle, Esq.
7 Times Square
New York, New York 10036
(212) 833-1100

Attorneys for Defendants BK Racing, Inc., Circle Sport, LLC, Front Row Motorsports, Inc., Germain Racing, LLC, HSJR Performance II, LLC (HScott Motorsports), Joe Gibbs Racing, Inc., JTG (Daugherty) Racing, Inc., Penske Racing South, Inc. (Team Penske), RCR Race Operations, LLC (Richard Childress Racing), Roush Fenway Racing, LLC, RPAC Racing, LLC (Richard Petty Motorsports), Stewart Haas Racing, LLC, and Tommy Baldwin Racing, LLC.

SO ORDERED. The Clerk of Court is respectfully directed to cancel the initial pretrial conference currently scheduled for December 8, 2016, and to close this case.

Dated: November 28, 2016
    New York, New York

SO ORDERED

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| ALSTON & BIRD LLP | SHAHEEN & GORDON, P.A. |
| By: *[signature]* | By: _____ |
| Alexander S. Lorenzo, Esq.<br>90 Park Avenue<br>New York, New York 10016<br>(212) 210-9400 | David R. Ordway, Esq.<br>199 Main Street<br>PO Box 1179<br>Saco, Maine 04072<br>(207) 282-1527 |
| Attorneys for NASCAR and ISC | Attorney for Go Fas Racing |
| CULLEN AND DYKMAN LLP | Devore, Acton & Stafford PA |
| By: _____<br>James G. Ryan, Esq.<br>100 Quentin Roosevelt Boulevard<br>Garden City, New York 11530<br>(516) 357-3750 | By: _____<br>Troy J. Stafford, Esq.<br>438 Queens Road<br>Charlotte, North Carolina 28207<br>(704) 377-5242 |
| Attorneys for Chip Ganassi Racing and Hendrick Motorsports | Attorneys for Premium Motorsports LLC |

SO ORDERED:

_____
Lorna G. Schofield, U.S.D.J.

ALSTON & BIRD LLP

By: _____
Alexander S. Lorenzo, Esq.
90 Park Avenue
New York, New York 10016
(212) 210-9400

Attorneys for NASCAR and ISC

CULLEN AND DYKMAN LLP

By: _____
James G. Ryan, Esq.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3750

Attorneys for Chip Ganassi Racing and Hendrick Motorsports

SHAHEEN & GORDON P.A.

By: _____
David R. Ordway, Esq.
199 Main Street
PO Box 1179
Saco, Maine 04072
(207) 282-1527

Attorney for Go Green Racing, Inc., d/b/a Go Fas Racing

Devore, Acton & Stafford PA

By: _____
Troy J. Stafford, Esq.
438 Queens Road
Charlotte, North Carolina 28207
(704) 377-5242

Attorneys for Premium Motorsports LLC

SO ORDERED:

_____
Lorna G. Schofield, U.S.D.J.

By: _____
Alexander S. Lorenzo, Esq.
90 Park Avenue
New York, New York 10016
(212) 210-9400

Attorneys for NASCAR and ISC

CULLEN AND DYKMAN LLP

By: _____
James G. Ryan, Esq.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3750

Attorneys for Chip Ganassi Racing and Hendrick Motorsports

By: _____
David R. Ordway, Esq.
199 Main Street
PO Box 1179
Saco, Maine 04072
(207) 282-1527
Attorney for Go Fas Racing

Devore, Acton & Stafford PA

By: _____
Troy J. Stafford, Esq.
438 Queens Road
Charlotte, North Carolina 28207
(704) 377-5242

Attorneys for Premium Motorsports LLC

SO ORDERED:

_____
Lorna G. Schofield, U.S.D.J.

- 3 -

By: _____
Alexander S. Lorenzo, Esq.
90 Park Avenue
New York, New York 10016
(212) 210-9400

Attorneys for NASCAR and ISC

CULLEN AND DYKMAN LLP

By: _____
James G. Ryan, Esq.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3750

Attorneys for Chip Ganassi Racing and Hendrick Motorsports

By: _____
David R. Ordway, Esq.
199 Main Street
PO Box 1179
Saco, Maine 04072
(207) 282-1527
Attorney for Go Fas Racing

Devore, Acton & Stafford PA

By: _____
Troy J. Stafford, Esq.
438 Queens Road
Charlotte, North Carolina 28207
(704) 377-5242

Attorneys for Premium Motorsports LLC

SO ORDERED:

_____
Lorna G. Schofield, U.S.D.J.

- 3 -


| | |
|---|---|
| By: _____<br>Alexander S. Lorenzo, Esq.<br>90 Park Avenue<br>New York, New York 10016<br>(212) 210-9400<br><br>Attorneys for NASCAR and ISC | By: _____<br>David R. Ordway, Esq.<br>199 Main Street<br>PO Box 1179<br>Saco, Maine 04072<br>(207) 282-1527<br>Attorney for Go Fas Racing |
| CULLEN AND DYKMAN LLP | Devore, Acton & Stafford PA |
| By: _____<br>James G. Ryan, Esq.<br>100 Quentin Roosevelt Boulevard<br>Garden City, New York 11530<br>(516) 357-3750<br><br>Attorneys for Chip Ganassi Racing and Hendrick Motorsports | By: _____<br>Troy J. Stafford, Esq.<br>438 Queens Road<br>Charlotte, North Carolina 28207<br>(704) 377-5242<br><br>Attorneys for Premium Motorsports LLC |

By Signing this Stipulation, Holland & Hart LLP, hereby authorizes Counsel for Plaintiff to file this Stipulation on behalf of Furniture Row Racing and represent that Furniture Row Racing agrees to all of the terms herein.

HOLLAND & HART LLP

By: /s/ Maureen R. Witt
Maureen Reidy Witt, Esq.
6380 S. Fiddler's Green Circle, Suite 500
Greenwood Village, Colorado 80111
(303) 290-1629

Attorneys for Furniture Row Racing

SO ORDERED:

_____
Lorna G. Schofield, U.S.D.J.